**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FRANK TAYLOR,
        *Petitioner-Appellant,*

v.

D. K. SISTO,
        *Respondent-Appellee.*

No. 09-15341

D.C. No.
2:06-cv-02878-
GEB-CHS

ORDER

Filed January 3, 2011

Before: John T. Noonan, Marsha S. Berzon and
Sandra S. Ikuta, Circuit Judges.

---

## ORDER

The opinion filed on May 25, 2010 is hereby withdrawn.

107